# United States District Court
## For The
## Western District of Pennsylvania

UNITED STATES OF AMERICA						2:14-cr-00131

vs.

SAMUEL BROOKS,

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

James K. Paulick, Esq., files this Motion for Leave to Withdraw as Counsel. In support, undersigned counsel sets forth the following:

1. The Defendant facing revocation of supervised release in the above-captioned case.

2. Undersigned counsel was appointed to represent Mr. Brooks through the Criminal Justice Act.

3. A situation has arisen between undersigned counsel and Mr. Brooks that has created a personal conflict under the Pennsylvania Rules of Professional Responsibility.

4. After consulting ethics counsel, undersigned counsel does not believe there is any possible way to continue representation of Mr. Brooks.

5. Undersigned counsel has conveyed the issue to Mr. Brooks, and Mr. Brooks agrees and consents to this motion.

6. Mr. Brooks would like replacement CJA counsel appointed as soon as possible.

7. AUSA Nicole Vasquez-Schmidt consents to this motion.

WHEREFORE, undersigned counsel respectfully request that this Court grant the relief

requested above and permit counsel to withdraw his representation of Mr. Samuel Brooks.

Proposed Order Attached.

Respectfully submitted,

s/James K. Paulick

jamespaulicklaw@gmail.com

Leech Tishman Fuscaldo & Lampl

Bar ID 307552

525 William Penn Place

Pittsburgh, PA 15219

412.261.1600