# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA | |
| vs. | 2:14-cr-131 |
| SAMUEL BROOKS | |

## MOTION TO CONTINUE SUPERVISED
## RELEASE REVOCATION HEARING

Defendant, Samuel Brooks, by and through his counsel, Joseph S. Otte, files this Motion to Continue Supervised Release Revocation Hearing and in support thereof represents the following:

1. Mr. Brooks is presently accused of violating the conditions of his supervised release term imposed in this case.

2. Mr. Brooks is scheduled for a revocation hearing on June 8, 2021.

3. Further, a combined plea and sentencing hearing in the case docketed at 20-cr-91 is also scheduled for June 8.

4. Due to unforeseen circumstances, undersigned counsel will need additional time to prepare for sentencing in this case and will likely be out of town for a funeral on June 8.

5. Counsel for the Government, Nicole Vasquez-Schmitt, consents to the granting of this motion.

For the foregoing reasons, the defendant, Mr. Brooks, requests that this motion be granted.

Respectfully submitted,
/s/Joseph S. Otte
Joseph S. Otte
PA ID No. 318862
429 Fourth Avenue
Suite 1002
Pittsburgh, PA 15219