# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) Criminal Nos. 14-131, 20-91 |
| | ) |
| Samuel Brooks | ) |
| Defendant. | ) |

HEARING ON: Sentencing by Video

Nicole Vasquez Schmitt                          Joseph Otte

Attorney for Gov't                                      Attorney for Defendant

Date July 22, 2021
Hearing began 11:00 a.m.                         Hearing concluded 12:45 p.m.
Stenographer Amanda Williamson           Law Clerk Mark Hall
Probation Officer  Erin Stewart, Alejandro Torres

Court held hearing on waiver of jury trial, entry of guilty plea and sentencing at Crim. #20-91, and revocation of supervised release at Crim. #14-131 for defendant Samuel Brooks ("Defendant").  Defendant sworn in; Defendant found competent Defendant advised as to the charge at Count 1 of the Indictment at 20-91; Government explained the elements of the offense; Defendant advised of rights to trial and waived those rights; Defendant advised of possible penalties; Government summarized its evidence; Defendant pleaded guilty to Count 1; the court determined it had sufficient evidence and accepted parties' plea agreement, with stipulated sentence pursuant to Rule 11(c)(1)(C). With Defendant's consent, the court proceeded directly to sentencing.  Defendant waived right to have full PSI done. Counsel for defendant, and the AUSA addressed the court. Defendant addressed the court. The court sentenced defendant pursuant to the parties' agreement to a term of imprisonment of 60 months; followed by 4 years supervised release.  No fine was imposed.  Restitution is not applicable.  The court ordered defendant to pay a special assessment of $100, immediately due. The court and explained the reasons for the sentence and considered the factors set forth in 18 U.S.C. § 3553(a), including the advisory guidelines range set forth by the United States Sentencing Commission. Appeal rights were stated. Defendant remanded to custody of US Marshal.  The court, with defendant's consent, proceeded to the petition to revoke Defendant's supervised release at Crim. #14-131.  Defendant admitted violations 1 and 2 (most serious was Grade A). Court revoked supervised release at

#14-131 and sentenced Defendant to 18 months in prison, to run concurrent with the prison term imposed at Crim. #20-91, with no further supervised release at Crim. #14-131.  Appeal rights stated.  Remanded to US Marshal.  All as further stated on the record.